# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| DANIELLE SCIARETTA, | CASE NO. 07CV1212 WQH (NLS) |
|---|---|
| Plaintiff, | ORDER DISMISSING ACTION IN ITS ENTIRETY AND WITH PREJUDICE |
| vs. | |
| YARD HOUSE RESTAURANTS, LLC, | |
| Defendant. | |

HAYES, Judge:

On July 3, 2007, Plaintiff Danielle Sciaretta filed the Complaint in this matter against Defendant Yard House Restaurants, LLC. (Doc. # 1). On May 5, 2008, the parties filed a joint motion to dismiss this action in its entirety and with prejudice. (Doc. # 21).

Good cause appearing, the joint motion to dismiss this action (Doc. # 21) is GRANTED. This action is hereby dismissed in its entirety and with prejudice. The Clerk of the Court is ordered to close this case.

**IT IS SO ORDERED**.

DATED: May 6, 2008

**WILLIAM Q. HAYES**
United States District Judge